AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 5:21-CM-72
)
USPS Priority Mail Parcel )
9405536895232693893579 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
USPS Priority Mail Parcel No. 9405536895232693893579 addressed to: Alex Fulks at 690 Heron Bay CT, Pontiac, MI 48340-1339.

located in the _____Western_____ District of _____Arkansas_____ , there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of, contraband, and/or property used in distributing illegal narcotics and/or proceeds of illegal narcotics trafficking, in violation of Title 21, United States Code, Section 841 (a)(1); 21, United States Code, Section 846

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21, USC, Section 841 (a)(1) | Conspiracy and possession with intent to distribute a controlled substance. |
| 21, USC, Section 846 | |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David L. Barrett, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/20/2021 @ 11:15am

*Judge's signature*

City and state:  Fayetteville, Arkansas                 Christy D. Comstock, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, David Barrett, your Affiant being duly sworn, depose and state as follows:

1. I am a federal agent employed by the United States Postal Inspection Service (USPIS), currently assigned to the Eastern and Western Districts of Arkansas, duly appointed according to law and acting as such. My responsibilities include the investigation of controlled substances transported through the Postal Service, in violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. I have experience investigating narcotics offenses and have received related training through the USPIS.

### Purpose of Affidavit

2. I make this affidavit in support of search warrant application for parcels described as follows (hereinafter "suspect parcel"):

### Suspect Parcel

| | |
|---|---|
| USPS Priority Mail No.: | 9405536895232693893579 |
| Addressee: | Alex Fulks<br>690 Heron Bay CT<br>Pontiac, MI 48340-1339 |
| Sender: | "JANES GIFTS"<br>1912 SW Sequoia St.<br>Bentonville, AR 72712 |
| Date Mailed: | 12/9/2021 |
| Class of Mail: | Priority Mail |
| Place Mailed: | Bentonville, AR |



3. Part of your Affiant's responsibilities on the Little Rock team is the investigation of controlled substances transported through the U.S. Postal Service which constitute a violation of Title 21, United States Code, Section 841(a)(1) and 846, The Drug Abuse Prevention and Control Act and Conspiracy. This Affidavit is based upon Affiant's personal investigation and upon information received from other law enforcement officers and agents who are identified herein, and is made in support of an application for a search warrant for the following suspect parcel.

4. For the reasons set forth below, your Affiant has probable cause to believe that illegal narcotics or currency related to the sale or distribution of controlled substances will be found inside the above-described suspect parcel. Since this Affidavit is for the limited purpose of establishing probable cause to support a search warrant, it contains only a summary of facts necessary to establish probable cause. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this Affidavit.

5. The grounds for issuance of the search warrant are derived from your Affiant's review of the physical evidence, discussions with participating agencies, and interviews of persons who have personal knowledge of the events described herein.

### Affiant's Experience

6. Affiant has been a United States Postal Inspector for over eighteen years. During that time, Affiant has worked on numerous federal criminal investigations. Affiant has worked with other agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

7. Affiant was a police officer in the states of Arkansas and Oklahoma for over seven years. During that time, Affiant worked numerous violations of state and local laws and conducted investigations accordingly. Affiant has conducted investigations which involve violent crimes, illegal narcotics, stolen property, and identity theft.

8. Through training and participation in criminal investigations, your Affiant has become familiar with and has participated in the following methods of investigations, including, but not limited to: electronic surveillance, visual surveillance, questioning of witnesses, and the use of search warrants and undercover agents.

9. I am aware through training and experience, as well as through information from other Postal Inspectors with extensive experience in drug trafficking investigations, the U.S. Mail is a common and preferred method of drug traffickers shipping their product. The Express Mail, First Class Mail, and Priority Mail Express services are frequently used by drug dealers for shipping illegal drugs, and for shipping the proceeds and money from illegal drug sales and purchases. Use of the U.S. Mail is favored because of the speed, reliability, and low cost of this service, tracking capabilities, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

10. I am also aware drug traffickers often use pre-paid postage address labels, fictitious names or no names on the return addresses and for the addressees, in order to avoid detection in the event the parcel is intercepted by law enforcement. I am further

aware drug traffickers will often use fictitious return addresses and names or no names to hinder investigative efforts and to hide their true identities. Drug traffickers will frequently send these parcels to fictitious names at the delivery addresses to minimize and conceal responsibility and to avoid being arrested. Drug traffickers involved in "Dark Web" drug sales use online markets and often use crypto-currency prepaid postage to attempt to stay anonymous. In addition, persons who are involved with "Dark Web" narcotics trafficking maintain methods and supplies for sending narcotics through the mail, including packaging materials, boxes, labels, label printers, and online accounts for pre-purchasing postage.

## Probable Cause

11. In June 2021, investigators with the Central Ohio Cyber Drug Task Force (COCDTF) identified a dark web drug vendor operating under the moniker "DEEMZBEEMZ." Information gathered from the dark web indicated that "DEEMZBEEMZ" was active on several marketplaces advertising sales of controlled substance that would be shipped to and from the United States. Investigators learned "DEEMZBEEMZ" has been a vendor on the dark web since "Silk Road" and part of the "Alphabay" million-dollar sales list.

12. On or about June 21, 2021, investigators with COCDTF discovered a case from 2014 conducted by the Homeland Security Investigations (HSI) in Denver, Colorado, regarding "DEEMZBEEMZ." HSI Denver investigators conducted an interview with a Richard CASSERO who stated that "DEEMZBEEMZ" makes DMT (a Schedule I controlled substance) and lives in Arkansas. CASSERO goes onto state he (CASSERO) owes $900.00 to "DEEMZBEEMZ", and CASSERO would send "DEEMZBEEMZ" hash oils. CASSERO stated the address he would use to send hash oil was 2424 North 50th Street, Fort Smith, AR 74209.

13. On or about July 13, 2021, while conducting blockchain analysis associated with DEEMZBEEMZ, investigators discovered 4 transactions conducted on August 3, 2013 and August 4, 2013 associated with DEEMZBEEMZ Silk Road account to two different Coinbase Wallets.

14. On or about July 13, 2021, a subpoena was sent to Coinbase for information associated with the two identified Coinbase user wallets. Coinbase responded with the following information:

- The first wallet belongs to Mark Anthony HOWE DOB 9/8/1984 with an address of 2424 N. 50th Street, Fort Smith, Arkansas. Coinbase also sent a copy of Mark's license, the license listed HOWE's last name as MARLEY. Coinbase also sent an email of nullx3r0@gmail.com.
- The second wallet belongs to Shelia MARLEY DOB 1/26/1965 with an address of 2424 N. 50th Street, Fort Smith, Arkansas. An email address of cherispree@hotmail.com.

15. COCDTF investigators learned through the investigation along with the Coinbase subpoena results discovered that Tracy MARLEY had a Coinbase account associated with Mark MARLEY aka DEEMZBEEMZ. Through investigation investigators learned that Tracy and Mark are husband and wife and the address associated with Tracy and Mark is 605 Southwest Loudon Drive, Unit 1, Bentonville, Arkansas 72712.

16. On or about August 13, 2021, COCDTF investigators in Columbus, Ohio, made an undercover purchase off the dark web marketplace "ToRRez Market" from DEEMZBEEMZ. The purchase included 1.02 grams of N, N-Dimethyltryptamine (DMT). On November 8, 2021, an undercover purchase was conducted for 1.00 grams of DMT from DEEMZBEEMZ. The first undercover buy took approximately one week to arrive in Columbus, Ohio, while the second undercover buy took approximately two

weeks. Both packages were sent via United State Postal Service (USPS), and the first package had a return address in the city of Rogers, Arkansas. Rogers, Arkansas is an adjacent city to Bentonville, Arkansas. The second package had a return address in the city of Bentonville, Arkansas.

17. On or about November 8, 2021, investigators from the DEA Fayetteville Arkansas Office conducted surveillance at the MARLEY's residence at the time of the second undercover purchase. At approximately 3:30 pm est. DEA Fayetteville Office observed a female later identified as Tracy MARLEY exit the residence located at 605 Southwest Loudon Dr., Unit 1, and get into a 2017 Black GMC Sierra Truck bearing Arkansas License plate #499TRA registered to Mark MARLEY. The investigators followed MARLEY to the Bentonville, AR Post Office located at 1706 S. Walton Blvd., Bentonville, AR 72712. Investigators witnessed MARLEY place several packages into the blue box and observed her drive off.

18. From your affiant's training and experience, dark web vendors must use parcel services (USPS, FedEx, UPS, etc.) to ship the products they sell of the Dark Web Marketplaces (DWM). Your Affiant also knows that DWM vendors must transport the packages containing the products to parcel drop boxes, Post Offices, or storefronts operated by parcel delivery services in order for the customer to receive the product. Based upon the information detailed in this affidavit, your Affiant believes that Tracy and Mark MARLEY are utilizing the 2017 black GMC Sierra Truck bearing Arkansas license plate #499TRA register to Mark MARLEY in order to deliver letters and packages containing illegal narcotics to drop boxes, Post Offices, or storefronts operated by parcel delivery services.

19. A vehicle tracker was placed on the Marleys' 2017 black GMC Sierra Truck mentioned in paragraph 18. On or about December 9, 2021, Drug Enforcement

Administration Special Agent (SA) David Arriagia, monitoring the tracker on the vehicle, told your affiant the vehicle appeared to go to the Bentonville Main Post Office. SA Arriagia asked your affiant to check to see if anything had been mailed which matched what was ordered from DEEMZBEEMZ previously. Your affiant requested a photograph of one of the previous parcels obtained in an undercover purchase containing DMT. Your affiant was provided with the following photograph:



20. On or about December 10, 2021, your affiant intercepted the suspect parcel at the Bentonville Main Post Office. There were also two similar parcels going to different addresses. Below is another photograph of the suspect parcel for comparison purposes:



## Conclusion

21. Based upon the foregoing facts and circumstances, I believe probable cause exists that illegal narcotics or materials related to the sale or distribution of controlled substances will be found in the above-described suspect parcel.

22. Therefore, I respectfully request the Court to issue a warrant to search the suspect parcel described in Attachment A for any such controlled substances, packaging material associated with controlled substances, or correspondence associated with the use or distribution of controlled substances, as described in Attachment B of violations of Title 21, United States Code, Sections 841(a)(1), 844, and 846.

DAVID L. BARRETT
United States Postal Inspector

Subscribed and sworn to before me on this 20th day of December, 2021.

Christy D. Comstock
United States Magistrate Judge

## ATTACHMENT A
## DESCRIPTION OF THE PROPERTY TO BE SEARCHED

### Suspect Parcel

| | |
|---|---|
| USPS Priority Mail No.: | 9405536895232693893579 |
| Addressee: | Alex Fulks<br>690 Heron Bay CT<br>Pontiac, MI 48340-1339 |
| Sender: | "JANES GIFTS"<br>1912 SW Sequoia St.<br>Bentonville, AR 72712 |
| Date Mailed: | 12/9/2021 |
| Class of Mail: | Priority Mail |
| Place Mailed: | Bentonville, AR |



Affidavit – Page 9

## ATTACHMENT B
### Items to be Searched for and Seized

1. DMT, steroids, cocaine, methamphetamine, MDMA, heroin, or any other controlled substance being shipped through the mail.

2. Packaging, baggies, blister packs, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, and/or other substances with a strong odor.

3. Any and all records reflecting the sending and receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, and/or other common carriers.

4. United States and foreign currency, securities, precious metals, jewelry, gift cards, store value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5. Any and all records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substance, including books, receipts, notes, ledgers, pay/owe sheets, correspondence, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6. Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substance trafficking activities, all of which are evidence, fruits, and/or instrumentalities of violations of Title 21, United States Code, Sections 841 (a), and 846.